**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NIKA LURSMANASHVILI** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-7716** |
| | : | |
| **J. L. JAMISON, *et al.*** | : | |

**ORDER**

**AND NOW**, this 19th day of October 2026, upon consideration of Nika Lursmanashvili's Petition for Writ of Habeas Corpus (ECF No. 1) and the response thereto, as well as Lursmanashvili's counseled reply, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Petition is **GRANTED**. It is further **ORDERED** as follows:

1. Respondents shall immediately release Lursmanashvili from custody.

2. In doing so, Respondents shall not subject Lursmanashvili to any conditions of release including the imposition of any and all GPS monitoring technology or devices that he was not subject to before his current detention.

3. Respondents shall return Lursmanashvili's personal property that they seized during his arrest and detention including his personal identification and documents.

4. Respondents shall certify compliance with this order by filing proof of Lursmanashvili's release and stating the time and manner of release on the docket no later than 5:00 P.M. E.S.T. on October 20, 2026.

5. Respondents are temporarily enjoined from re-detaining Lursmanashvili for seven days following his release from custody.

6. If, after the seven-day period, Respondents choose to pursue re-detention of Lursmanashvili, they must demonstrate through constitutionally adequate procedures that detention is authorized and warranted, including an individualized custody determination and a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

7. The Clerk shall close this case.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**